UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEREK B.,

     Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

     Defendant.

Case No. 3:25-cv-83

District Judge Michael J. Newman
Magistrate Judge Karen L. Litkovitz

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE (Doc. No. 12); (2) OVERRULING
PLAINTIFF'S OBJECTIONS (Doc. No. 13); (3) AFFIRMING THE ALJ'S NON-
DISABILITY FINDING; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

This Social Security appeal is before the Court on the Report and Recommendation of

United States Magistrate Judge Karen L. Litkovitz  (Doc. No. 12), to whom this case was referred

pursuant to 28 U.S.C. § 636(b).  Judge Litkovitz recommends that the Administrative Law Judge's

("ALJ's") non-disability finding be affirmed.  Plaintiff objects to the Report and Recommendation

(Doc. No. 13), and the Commissioner has not responded.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), the Court has reviewed the

comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter,

including Plaintiff's objections.  The Court concludes that the Report and Recommendation sets

forth the applicable law and is well reasoned.  Accordingly, it is hereby **ORDERED** that: (1) the

Report and Recommendation is **ADOPTED**; (2) Plaintiff's objections are **OVERRULED**; (3) the

ALJ's non-disability finding is **AFFIRMED**; and (4) this case is terminated on the Court's docket.

**IT IS SO ORDERED.**

February 26, 2026                          s/*Michael J. Newman*
                                                            Hon. Michael J. Newman
                                                            United States District Judge